United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 99-3019 September Term, 1999
 No. 98cr00241

United States of America,
 Appellant
 
v.

Pornpimol Kanchanalak a/k/a Pornpimol Parichattkal,
 and Duangnet Georgie Kronenberg,
 Appellees
_________________________________

Consolidated with No. 99-3034
 
 Before: WALD, SILBERMAN and TATEL, Circuit Judges.

 O R D E R

 It is ORDERED, by the Court, sua sponte, that the opinion filed on October 8, 1999, is
amended as follows:

 Page 2, 7 lines from bottom of page: "104.8(e)" should be "104.8 "

 Page 3, 2nd full para., line 4: "defendants " should be "defendant "

 Page 4, 1st full para., line 1: "July" should be "November"

 Page 8, 2nd full para., line 6: " 441f" should be " 434(b)"

 Page 13, 1st line: "appliable" should be "applicable"

 Page 16, fn. 16, last line: "110.4a" should be "110.4(a)"

 Page 19, fn. 18, line 12: add "convention" after "political"

 Page 21, fn. 19 (cont.), line 13: " 441 " should be " 441e"

 Page 23, fn. 21, line 6: "Fullbright" should be "Fulbright"

 Page 24, fn. 23, line 1: "rule lenity" should be "rule of lenity"

FOR THE COURT:
Mark J. Langer, Clerk

Filed on November 3, 1999